JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY ANDERSON, individually and on behalf of all others similarly situated, Plaintiff, | Case No.: CV 18-3939-DMG (JCx) |
| | **ORDER OF DISMISSAL [13]** |
| Plaintiff, | |
| vs. | |
| R.M. GALICIA, INC. d/b/a PROGRESSIVE MANAGEMENT SYSTEMS, and DOES 1-10, inclusive, and each of them, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Parties' Stipulation, the above-captioned action is dismissed in its entirety, with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and attorneys' fees.

All scheduled dates and deadline are VACATED.

DATED:  August 3, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE